ment, etc., between LOUIS ARNOLD and Said CHESTER H. ARNOLD.— Order modified by striking out the words " substituted trustee " and inserting in lieu thereof the words " to execute said trust; " and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur. Settle order on notice.

In the Matter of the Application of ISADOR LEIFER for an Order Directing the BOARD OF ELECTIONS, etc., to Receive and File Petition of Applicant as a Candidate for Nomination of the Independent Progressive Party for the Office of County Judge, Kings County.— Order affirmed on argument, without costs. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

EMMA LERMAN, Respondent, v. EMIL ALFRED MULLER, Appellant, Impleaded with Another, Defendant.— Order reversed on the law and facts, with ten dollars cost and disbursements, and motion granted, with ten dollars costs. (See Lerman v. Muller, post, p. 860, decided herewith.) Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

JACOB LERMAN, Respondent, v. EMIL ALFRED MULLER, Appellant, Impleaded with Another, Defendant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. While we are loath to interfere with the discretion of the court at Special Term in matters of this character, we feel that this case presents a situation in which the motion should have been granted. (Regan v. Milliken Bros., 123 App. Div. 72; Holtzoff v. Dodge & Olcott Co., 134 id. 353.) Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

CHARLES MIDDLETON, Respondent, v. SARAH BOARDMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Manning, Kelby and Young, JJ., concur; Kelly, P. J., dissents and votes to reverse, on authority of Shaw v. Samley Realty Co., Inc. (201 App. Div. 433).

BERNARD NOONAN, Respondent, v. SUSIE C. MOTT and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

ROSINA NOVI, Appellant, v. GIOVANNI DEL PRETE, etc., and Another, Respondents. (Appeal No. 1.) — Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. While the trial court had the right to vacate the judgment in question (Stannard v. Hubbell, 123 N. Y. 520, 526), it was without power to amend it, by altering the findings of fact and conclusions of law. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

ROSINA NOVI, Respondent, v. GIOVANNI DEL PRETE, etc., and Another, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

FREDERICK OSANN, a Stockholder, etc., Respondent, v. JONES MOTROLA, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

WILLIAM D. PHILIPS, Respondent, v. A. S. NICHOLS COMPANY, Appellant.— Order denying motion to vacate attachment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

MIRIAM D. SELSKY, Respondent, v. CARLO BARSOTTI, Appellant.— Order denying motion to vacate attachment affirmed, with ten dollars costs and dis-